IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-431-RJC-DCK

| | |
|---|---|
| DELSONYA WILKINS-BAILEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ESSITY PROFESSIONAL HYGIENE ) <br> NORTH AMERICA, LLC, ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Tory Ian Summey, concerning Daniel A. Kadish, on August 21, 2023. Daniel A. Kadish seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Daniel A. Kadish is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: August 21, 2023

*/s/ David C. Keesler*
David C. Keesler
United States Magistrate Judge