IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-431-RJC-DCK

| DELSONYA WILKINS-BAILEY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| ESSITY PROFESSIONAL HYGIENE NORTH AMERICA, LLC, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 24) filed by Local Counsel Tory Ian Summey on June 27, 2024.

Applicant Celina Antonellis seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 24) is **GRANTED**. Celina Antonellis is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: June 27, 2024

David C. Keesler
United States Magistrate Judge